**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-659**

---

In Re:  JIMMY LAWRENCE NANCE,

Petitioner.

---

On Petition for Writ of Mandamus. (CR-92-135)

Submitted:  August 14, 1997          Decided:  August 21, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Jimmy Lawrence Nance, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant has filed a petition for writ of mandamus seeking this court to compel the district court to enter an order to prevent certain United States Attorneys from participating in any pleadings concerning Appellant. Mandamus is a drastic remedy, only to be granted in extraordinary circumstances. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987) (citing Kerr v. United States Dist. Court, 426 U.S. 394 (1976)). The party seeking mandamus relief has the heavy burden of showing that he has no other adequate avenues of relief and that his right to the relief sought is "clear and indisputable." Mallard v. United States Dist. Court, 490 U.S. 296, 309 (1989) (quoting Bankers Life & Casualty Co. v. Holland, 346 U.S. 379, 384 (1953)); Beard, 811 F.2d at 826. Courts are extremely reluctant to grant a writ of mandamus, and the decision is within the discretion of the court addressing the application for the writ. Beard, 811 F.2d at 827 (citations omitted).

We find that Appellant has not met his burden of proof such that mandamus is the proper remedy in this situation. Mandamus is not a substitute for appeal, In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979), and given that the district court previously denied Appellant's motion for the same relief he seeks before this court, Appellant's right to relief by way of mandamus is not clear. See Mallard, 490 U.S. at 309; In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Accordingly, we grant leave to proceed in forma pauperis, and deny Appellant's request for mandamus. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED

3